# Exhibit A

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division - Small Claims and Conciliation Branch
510 4th Street, NW, Room 120, Washington, D.C. 20001
(202) 879-1120 | www.dccourts.gov

| Plaintiff(s) | vs. | Defendant(s) |
|---|---|---|
| Kidston Holdings Group LLC | | Federal Emergency Management Agency |
| 23884 County Road B50 | | 500 C Street Southwest |
| Stryker, OH 43557 | | Washington, DC 20024 |
| 419-551-8810 | | 202-286-4303 |
| craig@macfreightsolutions.com | | FEMA-LMD-TRANS@FEMA.DHS.GOV |

Case No. _____

## STATEMENT OF CLAIM

The transportation management division is refusing to pay a truckload we hauled for them. The BOL number is 704123CS10124812. The load tender was at 2137 est on 07/11/2023. The FEMA transporter sent official updated instructions at 0751 est on 07/12/2023. He was confused when he sent us the load, whether or not the trailer needed to be dropped. The driver we hired refused to drop his trailer at the destination. Ultimately, FEMA's cargo was on our truck for over 800 miles. The truck was at the destination for over 12 hours. We even offered to offload their cargo by hand. We haven't had any disputes on FEMA loads in 2025, however there were multiple loads in 2023 and 2024 that we have had issues getting paid on. We don't know if we were targeted as a small business that the transportation management division thinks can be walked all over or if it's because our business owner is a registered republican. We began working for FEMA in 2023.

### Request for Relief:

Our prayer for relief is $4,394.41. The amount we were paid on an identical load is $4394.41. $2824.59 was paid for the move to the destination, and $1569.82 was paid on the move back to DC-Frederick. The negligence from the FEMA transporter's innacurate and confusing load tender failed my company and FEMA itself. The transporter's error on this load tender has caused lost revenue, a ruined relationship with the driver we hired, and completely destroyed the opportunity my small business had to build credit with the driver's factoring company. Thank you for considering our claim!



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division - Small Claims and Conciliation Branch**
510 4th Street, NW, Room 120, Washington, D.C. 20001
(202) 879-1120 | www.dccourts.gov

DISTRICT OF COLUMBIA, ss: __Craig Kidston_____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all setoffs and just grounds of defense.

_Craig Scott Kidston_    Craig Kidston      23884 County Road B50      Stryker, OH 43557
*Plaintiff /Agent (Sign and Print Name)*     *Address*                   *City/State/Zip*

Code Title: __Plaintiff__                craig@macfreightsolutions.com    419-551-8810
                                         *Email*                          *Phone No.*

Subscribed and sworn to before me this __15th__ day of __April_____, 20 __25__
                                                      (month)

_____
*(Notary Public or Deputy Clerk)*

State of Texas County of Fort Bend

Nandi Turner
ID NUMBER 13246911-2
COMMISSION EXPIRES May 7, 2028

Electronically signed and notarized online using the Proof platform.

_____
*Attorney for Plaintiff (Sign and Print Name)    Bar No.*

*Place Notary Seal Here*

_____
*Address                        City/State/Zip Code*

_____
*Email                          Phone No.*

**See the *Instructions to Defendants* attached to this form, for more information.**

CV-471/July 2023                                                            Small Claims Form 11

## **Instructions to Defendants**

*Important*:

**You must participate in your hearing on the date and time stated on the Notice to avoid the entry of a judgment by default. If you do not come to court for your hearing, a judgment by default may be entered against you for the amount of money demanded in the Statement of Claim. If that happens, the plaintiff could take money from your paycheck or your bank account, or take and sell your personal property, to pay the claim.**

**If you cannot participate in your hearing, call the Small Claims Clerk's Office at (202) 879-1120 as soon as you can for more information. You must go to the hearing unless the hearing is continued or cancelled**. **To find out if your hearing is still scheduled call the Small Claims Clerk's Office. Even if you want to admit the claim, and just need more time to pay, you must still come to court to explain your situation.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with the parties to see if they can agree to a settlement. If the parties cannot reach a settlement with the mediator, then the case can be scheduled for a trial on another day.

If the plaintiff in your case has a lawyer, that lawyer's name and contact information are on the Statement of Claim. You may contact the plaintiff's lawyer about this case. You do not have to have a lawyer, but you may choose to get a lawyer or look for legal advice about this matter.

If you want a lawyer, but cannot afford to pay one, there are many organizations that may be able to help you, including:
- Legal Aid Society of the District of Columbia: (202) 628-1161
- Legal Counsel for the Elderly (if age 60+): (202) 434-2120
- Tzedek DC: (202) 274-7386
- Neighborhood Legal Services Program: (202) 832-6577
- DC Law Students in Court: (202) 638-4798

If you have witnesses, books, receipts, or other documents that relate to this case, you should bring them with you to court. If you want to have witnesses summoned to come to court, contact the Small Claims Clerk's Office for more information.

When you contact the Small Claims Clerk's Office about your case, remember to include your case number, contact information, and court date. Please know that court employees are not allowed to give you legal advice.

**Usted puede obtener copias en español de este formulario en el Tribunal Superior del Distrito de Columbia, Edificio B, 510 4th Street, NW, Cuarto 120, Washington, D.C. 20001, o en: www.dccourts.gov.**

**You can get a copy of this form in Spanish at the Superior Court of the District of Columbia, Building B, 510 4th Street NW, Room 120, Washington, D.C. 20001, or at: www.dccourts.gov**